UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EMRAH OZGAR,

Petitioner,

v.

CHRISTOPHER LAROSE, et al.,

Respondents.

Case No.:  3:26-cv-755-CAB-SBC

**ORDER FOR STATUS REPORT**

The docket reflects that Petitioner's individual merits hearing was scheduled for May 18, 2026.  [Doc. No. 9.]  **By June 1, 2026**, Respondents shall provide a status report on the outcome of Petitioner's individual merits hearing.

It is **SO ORDERED**.

Dated:  May 27, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1